■ The People of the State of New York, Respondent, v Robert Williams, Appellant. [40 NYS3d 899]—

Order, Supreme Court, Bronx County (Raymond L. Bruce, J.), entered March 25, 2015, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly assessed 30 points for defendant's prior violent felony conviction, notwithstanding its remoteness in time (*see People v Oginski*, 35 AD3d 952, 953 [3d Dept 2006]). In any event, even without those points defendant remains a level two offender, and we find no basis for a downward departure (*see generally People v Gillotti*, 23 NY3d 841 [2014]). The egregiousness of the underlying crime against a child, and the evidence of predatory sexual misconduct against other children, outweigh the mitigating factors cited by defendant. Concur—Mazzarelli, J.P., Sweeny, Andrias, Webber and Gesmer, JJ.